## UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE  03301-3941

**OFFICE OF THE CLERK**　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
James R. Starr　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　603-225-1423
Clerk of Court

April 30, 2013

Patricia Hatry, Esq.
Davis & Gilbert, LLP
1740 Broadway
New York, NY 10019

Re: <u>Camila Productions, Ltd. v. Miss World Limited</u>, 12-cv-500-JL

Dear Attorney Hatry:

　　　I am writing in response to your letter addressed to the Honorable Chief Judge Joseph N. Laplante, which was received in the clerk's office on April 19, 2013. I am responding to your inquiry on behalf of Chief Judge Laplante because LR 77.6 prohibits direct correspondence with a presiding judge concerning a matter that has or may come before the court.

　　　In sum, your letter challenges the sufficiency of service of process on your client in the above-captioned case. To the extent you are advocating for this court to dismiss the above-captioned case for insufficient service of process, please be advised that in this judicial district all requests for judicial action must be made by formal pleading and not in a letter format. Fed. R. Civ. P. 7; LR 7.1(a); LR 77.6. As a result, while the clerk's office and/or the court may take action <u>sua</u> <u>sponte</u> regarding the sufficiency of service of process, no action will be taken on your letter request.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　Tracy A. Uhrin
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

DJL/TAU

cc:  Thomas Aquilla, Esq.